# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Heather A Aldridge

                              Plaintiff,

v.                                                Case No.: 1:11–cv–03041

                                                    Honorable Susan E. Cox

Lake County Sheriff's Office

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2014:

      MINUTE entry before the Honorable Susan E. Cox: Jury begins to deliberate. Jury returns verdict in favor of the Plaintiff and against the Defendant in the amount of $750,000. Jury trial ends. Status hearing set for 02/12/2014 at 9:30 a.m. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.